UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Berry Law PLLC
Eric Berry [EB-8598]
745 Fifth Avenue, 5th Floor
New York, New York   10151
212-355-0777
berrylawpllc@gmail.com

In Re:

Aaron D. Fischman

Case No.:   23-35660-cgm

Chapter:   13

Judge:   Cecelia G. Morris

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Shalom Maidenbaum__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   c/o Berry Law PLLC
745 Fifth Avenue, 5th Floor
New York, New York   10151

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: August 10, 2023

/s/Eric W. Berry
Signature

*new.8/1/15*