United States Bankruptcy Court
Southern District of New York

In the Chapter 13 voluntary proceeding re:

Aaron Fischman,

Docket: 23-35660-cgm

Debtor.

## Motion For Enlargement Of Time To File Schedules

Pursuant to FRBP 1007(d) the debtor moves for an enlargement of time to file the requisite schedules of Docket Entry 4.

## Certification For Enlargement Of Time To File Schedules

Aaron Fischman certifies under the law prohibiting perjury that: This proceeding filed on August 10, 2023, provided that the schedules are due August 24, 2023. I am in the process of organizing all the schedules that the Court has asked me to provide. I have been unable to complete them timely due to the fact that I have multiple creditors and need to sift through thousands of documents to extract each name and address that ought to be listed as a creditor. At the same time, I am still gathering all information necessary to list all assets and debts that ought to be brought before the Court. Thus, an enlargement of time is necessary to ensure that I can certify each schedule in good faith with the confidence of saying the truth and providing a complete record. Coupled with that, the upcoming Jewish holidays that run from September 15 through October 8, makes it obvious that a 30-day extension is not enough time to complete these schedules. The complexity of Debtor schedules requires additional 60 days' time within which to do so to file the required schedules, lists, statements, and any other required documents as well as the chapter 13 plan, pursuant to FRBP 1007.

Dated: August 24, 2023

/S/ Aaron Fischman
Aaron Fischman
710 Loch Hurlyville Rd
Loch Sheldrake, NY 12759

## Order Granting Motion

IT IS HEREBY ORDERED that debtors motion for an enlargement of time to file the necessary schedules previously due by August 24, 2023 is enlarged to October 24, 2023.

## Certificate of Service

I certify that I mailed through the United States Postal Service a copy of this motion for an enlargement of time to file schedules to the Thomas C. Frost, the Chapter 13 Standing Trustee at 399 Knollwood Rd, Suite 102, White Plains, NY 10603 and Office of the United States Trustee, 11A Clinton Avenue, Room 620, Albany, NY 12207.

Dated: August 24, 2023

/S/ Aaron Fischman
Aaron Fischman
710 Loch Hurlyville Rd
Loch Sheldrake, NY 12759