# EXHIBIT 4

**New York State Department of**
**Taxation and Finance**
Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

Case number: 23-35660 CGM
Refer to this number for inquiries

Total claim amount: $301,126.86

# Pre-Petition Proof of Claim

Taxpayer ID#:    3873

Statement date: 8/16/2023

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
355 MAIN STREET
2ND FLOOR
POUGHKEEPSIE, NY 12601

This is a statement of tax liabilities for FISCHMAN-AARON. Penalty and interest for each liability is computed to 8/10/2023.

### Secured Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type | Warrant Date | Cnty |
|---|---|---|---|---|---|---|---|---|---|
| INCOME | 12/31/18 | L-051506772-6 | 6,961.00 | 5,656.25 | 5,919.68 | 18,536.93 | ACT | 04/12/23 | NASS |
| INCOME | 12/31/19 | L-052797623-1 | 9,129.00 | 2,921.11 | 2,976.43 | 15,026.54 | ACT | 04/12/23 | NASS |
| INCOME | 12/31/20 | L-054308217-7 | 0.00 | 70.72 | 93.37 | 164.09 | ACT | 04/12/23 | NASS |
| INCOME | 12/31/21 | L-057439091-5 | 7,532.00 | 778.56 | 940.76 | 9,251.32 | ACT | 04/12/23 | NASS |
| | | | | | SubTotal $ | 42,978.88 | | | |

### Unsecured Priority Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| INCOME | 12/31/14 | L-057694691-9 | 43,162.00 | 0.00 | 39,015.67 | 82,177.67 | ACT |
| INCOME | 12/31/15 | L-057694692-8 | 45,518.00 | 0.00 | 34,839.77 | 80,357.77 | ACT |
| INCOME | 12/31/16 | L-057694693-7 | 14,201.00 | 0.00 | 9,059.26 | 23,260.26 | ACT |
| INCOME | 12/31/17 | L-057694694-6 | 25,691.00 | 0.00 | 13,358.53 | 39,049.53 | ACT |
| | | | | | SubTotal $ | 224,845.23 | |

### General Unsecured Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| INCOME | 12/31/14 | L-057694691-9 | 0.00 | 11,320.45 | 0.00 | 11,320.45 | ACT |
| INCOME | 12/31/15 | L-057694692-8 | 0.00 | 11,959.55 | 0.00 | 11,959.55 | ACT |
| INCOME | 12/31/16 | L-057694693-7 | 0.00 | 3,637.25 | 0.00 | 3,637.25 | ACT |

**(Continued on back)**

TC-988 (10/00)    230811230047004452

## General Unsecured Liabilities (Continued)

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| INCOME | 12/31/17 | L-057694694-6 | 0.00 | 6,385.50 | 0.00 | 6,385.50 | ACT |
| | | | | | SubTotal $ | 33,302.75 | |

Current Annual Interest Rates by Tax Type: Personal Income - 9.5%
The Department requests interest be paid at the above rate(s) on the secured liabilities portion of this proof of claim, as provided by 11 USC 1325(a)(5)(B)(ii) and USC 511.
Liability Type Descriptions: ACT - Actual Return Filed

[signature]

TC-988 (10/00) (back)