# Exhibit A

בעניין:

**בנק ירושלים**
ע"י ב"כ עו"ד עמנואל צנטלר ואח'

להלן: "הזוכה"

-נגד-

**פישמן נינה נימה, דרכון (ארה"ב) שמס' 558296414**
ע"י ב"כ עוה"ד אברהם ברזל (מ.ר. 58118) ואח'
מרחוב המלך ג'ורג' 59, ירושלים
טלפון : 02-6255060 ; פקס : 02-6255090

להלן: "אשת החייב" / "המבקשת"

## בקשה בהולה להשהיית הליך – צד ג'

בהמשך לבקשות שהוגשו על ידי אשת החייב מוגשת בקשה זו להשהיית הליך וזאת נוכח הליך לסעד הצהרתי שנפתח על ידי המבקשת כנגד החייב בבית הדין הרבני בעניין זכויותיה בדירה מושא ההליך, וקיומו של הליך חדלות פירעון בעניין החייב שנפתח בארה"ב, והכל כמפורט להלן :

1. ביום 01.8.23 נפתח הליך גירושין על ידי אשת החייב כנגד החייב בבית הדין הרבני האזורי בירושלים, במסגרתו התבקש סעד הצהרתי ביחס לזכויותיה של אשת החייב בדירה.

2. החיי"מ יידע את כונס הנכסים בגין ההליך וביקשו להשהות את הליכי המימוש המבוצעים על ידו עד למתן החלטתו של בית הדין הרבני, אך זה סירב להיעתר לבקשה.

3. מעיון בתיק עולה כי כונס הנכסים קיים הליך התמחרות ואף הגיש בקשה לאישור הליך המכר בפני רשם ההוצאה לפועל.

4. מעבר לטענות אשת החייב בגין הפגמים בהליך מצד כונס הנכסים, היות ואשת החייב פתחה בהליך לסעד הצהרתי בעניין זכויותיה – מבוקש להורות על השהיית הליכי מימוש הדירה עד למתן החלטה בעניינה.

5. אשת החייב ממתינה להחלטת בית הדין הרבני למתן צו מניעה זמני בעניין הדירה, שעל פי החלטתו מיום 1.8.23 זה ממתין לתגובת בעלה – החייב בהליך.

   **\*\*עותק מהחלטת בית הדין הרבני מצ"ב ומסומן 1**

6. כמו כן, המבקשת תציין כי בארה"ב נפתחו ביום 2.8.23 הליכי חדלות פירעון אשר מקימים עיכוב הליכים בכל הקשור להתחייבויות החייב – מקור החייב מול הזוכה מר מיידנבאום.

   **\*\* אסמכתא לאמור מצ"ב ומסומן 2-5**

7. כמו כן, יצוין כי בעניין ההליך למימוש הדירה, הוגש על ידי אשת החייב בר"ע התלוי ועומד ב- **רע"צ 23-03-64100** אשר נקבע דיון לגביו בחודש ספטמבר 2023, וכי ככל ויימשכו הליכי המימוש הרי הליך זה יהפוך לתיאורטי בלבד.

8. בכוונת המבקשת להגיש בקשה לעיכוב ביצוע בהליך האמור, ככל וייידרש.

1

9. בנסיבות האמורות, מבוקש מכבוד רשם ההוצאה לפועל להורות על השהיית ההליך, ועד להכרעה בהליך שבפני בית הדין הרבני.

10. **לחילופין,** מבוקש להורות על השהיית ההליך ל- 60 יום בכדי לאפשר למבקשת לקבל את המסמכים הנדרשים בעניין חדלות הפירעון והגשת בקשה מורחבת להשלכות הליך חדלות פירעון לעניין חובו של מר מיידנבאום והליך מימוש הדירה.

11. **לחילופי חילופין,** מבוקש להורות על השהיית ההליך ל- 14 יום, בכדי שיתאפשר למבקשת לקבל את החלטת בית הדין הרבני שבשל הפגרה, עלולה החלטתו להתעכב ו/או לאפשר לה הגשת הבקשה לעיכוב ההליכים בפני ערכאת הערעור בהליך **רע"צ 23-03-64100.**

12. בשל סד הזמנים הקצר, והחשש ממתן החלטה בבקשת כונס הנכסים – מוגשת בקשה זו מבלי לצרף לה תצהיר בתמיכה לבקשה – לעניין זה – מבוקשת מתן ארכה להשלים הגשת תצהיר כדין בתמיכה לבקשה של 14 יום ואשר בשל שהות המבקשת בחו"ל, נדרש לה זמן להשלים עריכת תצהיר והחתמתו בפני נוטריון ואישור אפוסטיל, והגשתו להוצאה לפועל.

13. בנסיבות האמורות - יהא זה מן הדין ומן הצדק להיעתר לבקשה זו.

_____

אברהם ברזל, עו"ד

ב"כ המבקשת

2

2 / 15

# תוכן עניינים

| מספר | שם הנספח | עמוד |
|---|---|---|
| 1 | החלטת בית הדין הרבני מיום 01.8.23 | 5 |
| 2 | Notice of Bankruptcy of Choshen Israel LLC and Automatic Stay - 8-3-23 - | 8 |
| 3 | Filing Confirmation of Bankruptcy Notice 8-3-23 | 10 |
| 4 | Notice of Bankruptcy Case Filing _ Automatic Stay 8-2-23 | 13 |
| 5 | Letter to Court Regarding Bankruptcy of the Defendant Choshen Israel LLC - 8-2-23 - | 15 |

נספח 1

עמוד 5 עד 6

החלטת בית הדין הרבני מיום 01.8.23

בבית הדין הרבני האזורי ירושלים

לפני כבוד הדיינים:

הרב יצחק אושינסקי – אב"ד

| | | | |
|---|---|---|---|
| התובעת: | **נינה נימה פישמן** | דרכון 505989484 | (ע"י ב"כ עו"ד אברהם ברזל) |
| נגד | | | |
| הנתבע: | **אהרון דוד פישמן** | ת"ז 304783368 | . |

הנדון: חלוקת רכוש - כריכה, צווים אחרים

## החלטה

הוגשה בקשת המבקשת לעיון מחדש בהחלטת בית דין קודמת מהיום לדחיית בקשתה לצו מניעה.

ברם, אין בה כדי לשנות לגמרי את החלטת בית הדין הקודמת מהיום, שלצערנו, אף התבססה על מידע שכבר נקבע ע"י בית המשפט שאינו נכון.

ונצטט לדוגמה סעיפים 91,92 לפסק דין בית המשפט המחוזי מיום 2.9.22 –

91. לדידי, בנסיבות העניין די באותות המרמה הפנימים על מנת להעביר לנתבעים את הנטל ליתן הסבר מניח את הדעת לגבי האופן שבו נרשמה הדירה. רישום הדירה על שם הנתבעת בנסיבות שבהן רכישתה מומנה מכספים שמקורם במלואם בנתבע מהווה אות מרמה מובהק. לצורך הוכחת אות מרמה זה, אשר המידע בקשר אליו היה מצוי אצל הנתבעים, נאלץ התובע לנהל הליכי גילוי מסמכים במסגרת הליכים שמתנהלים בארצות הברית ולשכור שירותיו של מומחה חוקר. למרות הקושי שבדבר, התובע הצליח להוכיח הן את ההיבט השלילי – שהנתבעת לא יכלה לרכוש את הנכס ממקורותיה הכספיים העצמאיים, הן את ההיבט החיובי – שהנתבע מימן זאת. גרסת הנתבעים, שלפיה הנתבעת מימנה ממנה את רכישת הדירה מכספים שלה ולנתבע לא הייתה כל מעורבות בכך, התבררה כלא מהימנה. יצוין כי בניגוד לנטען על ידי הנתבעים, נקבע לעיל כי הנתבעת לא השתמשה לרכישת הדירה בכספים שהועברו לה מהנתבע מעסקיו הקודמים, אלא בכספים שמקורם, לכל הפחות ברובם, בקרדיס.

92. לעובדה שהנתבע מימן את רכישת הדירה, שמשקלה כשלעצמה ניכר, מתווספות עובדות שיתכן שאין בהן, כשלעצמן, להטות את הכף, אך הן מחזקות באופן משמעותי את אותה המרמה. כך, העובדה שהנתבע מימן גם את התשלומים השוטפים שקשורים בהחזקת הדירה וניהל אותה באופן בלעדי. אכן, לעיתים בן זוג אחד נוטל על עצמו לטפל בעניינים של בן הזוג האחר.
אולם במקרה דנן, שבו הוכח כי הנתבע מימן את רכישת הדירה, העובדות שמימן גם את התשלומים שקשורים לה, והיה אחראי באופן בלעדי על תחזוקתה, מחזקות את האינדיקציה להעברת מרמה. חיזוקים נוספים מצויים באופן שבו הועברו הכספים למימון רכישת הדירה, באמצעות חשבונות נאמנות ששימשו להעברת כספים מקרדיס וכן שעורכי הדין של קרדיס טפלו ברכישת הדירה ובעניינים שקשרים בהחזקתה. מבלי להביע עמדה לגבי ההתנהלות המתוארת מההיבט של ניהול קרדיס, הרי שמעורבות עורכי דין של קרדיס ברכישת הדירה, ואופן העברת הכספים, מחזקות את הטענה כי הזכויות בדירה אינן של הנתבעת אלא של הנתבע...

כך שקבע בית המשפט כי בניגוד לטענת המבקשת בפני בית הדין דנן כי היא רכשה את הדירה מכספים שלה, הרי בית המשפט בדק את העניין, קבע הפוך מכן, והסיק שזו טענת מרמה.

בנוסף, העובדות האמורות בסעיפים אלו ובשאר פסק הדין של בית המשפט, אף שוללים לכאורה פסיקה לשיתוף ספציפי (הנוגעים לדירה שנרכשה ע"י צד אחד מלפני הנישואין ורשומים על שמו), שהרי התנאים שבפסיקה לשם שיתוף ספציפי לא מתקיימים כאן בנסיבות המתוארות.

ברם, יתכן ולמבקשת חלק בדירה מכח איזון המשאבים בין בני זוג וחוק יחסי ממון, אף אם נרכשה רק ע"י הנתבע ואף אם נרשמה רק על שמו, ככל ונרכשה במהלך חיי הנישואין.

למעשה, בקשה זו נפתחה רק לאחר מועד ההתמחרות, כך שעבר זמן הסעד המבוקש.

לפיכך, בשלב זה לא יינתן הסעד המבוקש.

ברם, בתוך 48 שעות תוגש תגובת הנתבע לבקשה זו לאיזון הדירה. המבקשת תוכיח המצאת החלטה זו לנתבע לאלתר.

ניתן ביום י"ד באב התשפ"ג (01/08/2023).

הרב יצחק אושינסקי – אב"ד

העתק מתאים למקור
משה ביטון, המזכיר הראשי
נחתם דיגיטלית ע"י הרב יצחק אושינסקי בתאריך 01/08/2023 19:39

מזהה ספרור החלטה : 2                                                                                                                                                   2/2 -(1434647/3)
מרכז מידע – מענה קולי בדיבור, טל' 1700-501-531; מענה אנושי 5889*; אתר אינטרנט www.rbc.gov.il                                    פקס בית הדין ירושלים 02-6232396

6 / 15

נספח 2

עמוד 8 בלבד

# Notice of Bankruptcy of Choshen -- Israel LLC and Automatic Stay 8-3-23

United States Bankruptcy Court
Southern District of New York



### Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 08/02/2023 at 9:58 PM and filed on 08/02/2023.

**Choshen Israel LLC**
710 Loch Hurlyville Road
Loch Sheldrake, NY 12759
Tax ID / EIN: 11-3467954

The case was filed by the debtor's attorney:

**Linda M. Tirelli**
Tirelli Law Group, LLC
50 Main Street
Suite 1265
White Plains, NY 10606
914-732-3222

The case was assigned case number 23-35636.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, 355 Main Street, Poughkeepsie, NY 12601.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/02/2023 22:00:28 | | | |
| **PACER Login:** | LT145600 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 23-35636 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

נספח 3

עמוד 10 עד 11

# Filing Confirmation of Bankruptcy Notice 8-3-23

נספח 3

 

# NYSCEF Confirmation Notice
# Nassau County Supreme Court

The NYSCEF website has received an electronic filing on 08/03/2023 12:01 AM. Please keep this notice as a confirmation of this filing.

**604610/2016**
**SHALOM S MAIDENBAUM v. CARDIS ENTERPRISES INTERNATIONAL, B.V. et al**
Assigned Judge: Bruce Cozzens

## Documents Received on   08/03/2023 12:01 AM

| Doc # | Document Type |
|---|---|
| 682 | NOTICE OF BANKRUPTCY (POST RJI) |
| 683 | EXHIBIT(S) A |

## Filing User

Levi Huebner | newyorklawyer@msn.com | (212) 354-5555
488 Empire Boulevard Suite 100, Brooklyn, NY 11225

## E-mail Notifications

An email regarding this filing has been sent to the following on 08/03/2023 12:01 AM:

  ELLIOT J. BLUMENTHAL - elliot@eblumenthallaw.com
  Eric Berry - berrylawpllc@gmail.com
  PAUL R. GOODMAN - pgoodman@cszlaw.com
  LEVI HUEBNER - newyorklawyer@msn.com
  JONATHAN A. STEIN - jonsteinlaw@gmail.com

**Maureen O'Connell, Nassau County Clerk - http://www.nassaucountyny.gov/agencies/Clerk/index.html**
Phone: 516-571-2660     Website: http://www.nassaucountyny.gov/agencies/Clerk/index.html

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

10 / 15                        Page 1 of  2




# NYSCEF Confirmation Notice
# Nassau County Supreme Court

**604610/2016**
SHALOM S MAIDENBAUM v. CARDIS ENTERPRISES INTERNATIONAL, B.V. et al
Assigned Judge: Bruce Cozzens

### Email Notifications NOT Sent

| Role | Party | Attorney |
|---|---|---|
| Respondent | CARDIS ENTERPRISES INTERNATIONAL, B.V. | No consent on record. |
| Respondent | CARDIS ENTERPRISES INTERNATIONAL, N.V. | No consent on record. |
| Respondent | CARDIS ENTERPRISES INTERNATIONAL (USA), INC. | No consent on record. |
| Respondent | CHOSHEN ISRAEL, LLC | No consent on record. |

\* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

**Maureen O'Connell, Nassau County Clerk - http://www.nassaucountyny.gov/agencies/Clerk/index.html**
Phone: 516-571-2660    Website: http://www.nassaucountyny.gov/agencies/Clerk/index.html

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

11 / 15                           Page 2 of 2

נספח 4

עמוד 13 בלבד

Notice of Bankruptcy Case Filing
Automatic Stay 8-2-23

United States Bankruptcy Court
Southern District of New York



# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 08/02/2023 at 9:58 PM and filed on 08/02/2023.

**Choshen Israel LLC**
710 Loch Hurlyville Road
Loch Sheldrake, NY 12759
Tax ID / EIN: 11-3467954

The case was filed by the debtor's attorney:

**Linda M. Tirelli**
Tirelli Law Group, LLC
50 Main Street
Suite 1265
White Plains, NY 10606
914-732-3222

The case was assigned case number 23-35636.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, 355 Main Street, Poughkeepsie, NY 12601.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/02/2023 22:00:28 | | | |
| **PACER Login:** | LT145600 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 23-35636 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# נספח 5

# עמוד 15 בלבד

Letter to Court Regarding - Bankruptcy of the Defendant Choshen Israel LLC - 8-2-23

# LEVI HUEBNER & ASSOCIATES, PC
### ATTORNEYS AND COUNSELORS AT LAW

488 EMPIRE BOULEVARD, SUITE 100
BROOKLYN, NY 11225
TEL: (212) 354-5555
FAX: (718) 636-4444

EMAIL: NEWYORKLAWYER@MSN.COM

August 2, 2023

**VIA NYSCEF and EMAIL To:** judgecozzensremote@nycourts.gov

Honorable Justice R. Bruce Cozzens, Jr.
Supreme Court, Nassau County
100 Supreme Court Drive
Mineola, NY 11501

    Re:    *Shalom Maidenbaum v. Cardis Enterprises, et.al.*
              <u>Index No. 604610/16</u>

Honorable Justice Cozzens:

    As you know we represent the defendant Aaron D. Fischman ("Mr. Fischman") in this matter.

    Please be advised that today it has come to our attention that the defendant Choshen Israel LLC has duly filed for bankruptcy in the United States Bankruptcy Court, Southern District of New York.

    As such, the bankruptcy automatically stays all collection activity and litigation against the debtor while the bankruptcy case is pending.

    The Notice of Bankruptcy and automatic stay is also filed as **Exhibit A**.

                                       Respectfully submitted,

                                       / s / Levi Huebner

                                       Levi Huebner

                                       *Attorneys for Defendant*
                                       *Aaron Fischman*

Cc: All counsel of Record via Email & NYSCEF