# Exhibit C



**מדינת ישראל – רשות האכיפה והגבייה**

**בפני כב' הרשם אריאל לנגה**

תיק 18-03-529055 (משכון מקרקעין אחר)

**בקשה מספר** : <u>98</u> **מתאריך** 18 ספטמבר 2023
**סוג הבקשה**: 988 בקשה כללית

**המבקש** : כונס נכסים 1, עמנואל צנטלר
**בעניין**:   חייב 2, אהרן דוד פישמן דרכון 1122591694

פרטי הליך מקדים: בקשה למתן צו אישור העברה עפ''י סעיף 34א' לחוק

## החלטה

משתשולמה מלוא תמורת המכר והופקדה לתיק ההוצאה לפועל, צו המכר נחתם ויועבר למזכירות הלשכה.

העתק מהצו ייסרק לתיק נייר.

רשמתי, כי העסקה דווחה על ידי הכונס לרשויות המס, וכי הוא יפעל להגשת בקשה למתן תעודה מטעם העירייה.

**מורה לכונס הנכסים להציג אסמכתה לתיק בדבר רישום הערת אזהרה לטובת הקונה, בתוך 7 ימים מהיום, כנקבע בסעיף 6 להחלטתי מיום 27.8.23 בהליך 90.3.**

ד' תשרי תשפ"ד
19 ספטמבר 2023

אריאל לנגה, רשם

_____          _____
אריאל לנגה, רשם                                        תאריך