# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**355 Main Street**
**Poughkeepsie, NY 12601**

---

IN RE: Aaron Fischman                    CASE NO.: 23–35660–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER:  13
xxx–xx–3873

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 13 case.

Aaron Fischman was dismissed from the case on November 30, 2023 WITH PREJUDICE.

Dated: November 30, 2023                    Vito Genna
                                           Clerk of the Court