UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL FOR |
| **Aaron Fischman** | FAILURE TO PROSECUTE BANKRUPTCY APPEAL |

---------------------------------------------------X    24-CV-02313 PMH

FROM: VITO GENNA, CLERK
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK

TO:     RUBY J. KRAJICK, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: Aaron Fischman                         BANKRUPTCY CASE: **23-B-35660 (CGM)**
DATE OF FILING NOTICE OF APPEAL: 12/13/2021
BANKRUPTCY DOCUMENT #: 63

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

     X   FRBP 8009
          Federal Rules of Civil Procedure (Rule _____)
          28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
          Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

| | |
|---|---|
| Dated: **March 28, 2024** | Vito Genna, Clerk |
| White Plains, New York | U.S. Bankruptcy Court, SDNY |

                                                                By:      Gwen Kinchen
                                                                              Deputy Clerk

*ORDER*

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated     March 28,     2024                     _____
        White Plains, New York                        Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____          Ruby J. Krajick , Clerk
                                                                          District Court, SDNY

                                                                            By: _____
                                                                                   Deputy Clerk